JS 6

U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>     Plaintiff,<br><br>v.<br><br>BEST WESTERN ENCINA LODGE &<br>SUITES, et al.,<br><br>     Defendants.<br>_____/ | CASE NO. C-02-9506 DSF (VBKx)<br>Civil Rights<br><br>**ORDER & JUDGMENT AWARDING PLAINTIFF REASONABLE STATUTORY ATTORNEY'S FEES, LITIGATION EXPENSES AND COSTS**<br><br>**[Fed Rules Civ. Proc., Rule 54]** |

 IN ACCORDANCE WITH THE COURT'S ORDER dated April 14, 2010 Granting In Part Plaintiff's Motion For Attorney's Fees, Litigation Expenses And Costs,

 The Court hereby awards plaintiff $354,895.27 as her counsel's reasonable statutory attorney's fees, litigation expenses and costs.

 Counsel for plaintiff requested that a multiplier be awarded on the attorney fees sought in the motion. That

////

---

Order & Judgment Re Fees & Costs:
Case No. C-02-9506 DSF (VBKx)

1

1 | request is denied.

2 |     SO ORDERED AND JUDGMENT IS ENTERED ACCORDINGLY.

3 |        4/23/10

4 | Dated: _____, 2010      *[signature: Dale S. Fischer]*

5 |                                 HON. DALE S. FISCHER

6 |                                 U.S. DISTRICT JUDGE

7

8 | **APPROVED AS TO FORM:**

9

10 | Dated:_____, 2010    JEFFREY H. BARABAN, ESQ.

                                        JAMES S. LINK, ESQ.

11 |                                 BARABAN & TESKE

12

13

14 |                                 By Attorneys for Defendants

                                          BEST WESTERN ENCINA LODGE &

15 |                                 SUITES; ENCINA-PEPPER TREE, LTD.;

                                          CECILIA E. VILLINES; DAVID Z.

16 |                                 WEBBER; and JEANETTE WEBBER

17

18 | Dated:_____, 2010    JEFFER, MANGELS, BUTLER

                                               & MARMARO LLP

19 |                                 MARTIN H. ORLICK, ESQ.

20

21

22 |                                 By Attorneys for Defendants

                                          BEST WESTERN ENCINA LODGE &

23 |                                 SUITES; ENCINA-PEPPER TREE, LTD.;

                                          CECILIA E. VILLINES; DAVID Z.

24 |                                 WEBBER; and JEANETTE WEBBER

25

26

27

28

**Order & Judgment Re Fees & Costs:**
**Case No. C-02-9506 DSF (VBKx)**                                              2